**Raymond J. SMOLSKY, Appellant,**

v.

**Martin F. HORN, Secretary of Corrections of the Commonwealth of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Oct. 5, 1999.

### *ORDER*

PER CURIAM:

**AND NOW,** this 5 th day of October, 1999, the order of the Commonwealth Court is hereby **AFFIRMED.**